USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: NOV 21 2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

-v-                                                                         17 CR 738 (LAK)

Gregory Adamo,

                                    Defendant.
------------------------------------------------------------x

# ORDER

LEWIS A. KAPLAN, *District Judge.*

      The defendant's application for return of his passport is granted on the consent of the Government. U.S. Pretrial Services is authorized to return defendant Gregory Adamo's passport to the defendant.

      SO ORDERED.

Dated: November 19, 2019

/s/ Lewis A. Kaplan
Lewis A. Kaplan
United States District Judge